IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH GALLOWAY, et al.<br>   Plaintiffs<br>v.<br>SOUTHWARK PLAZA LIMITED<br>PARTNERSHIP, et al.<br>   Defendants | :<br>:<br>:   C.A. #01-0835<br>:<br>:<br>: |

**PRAECIPE TO ENTER OF RECORD THE AUGUST 13, 2003 LETTER OF
FINAL APPROVAL OF THE SETTLEMENT AGREEMENT BY THE U.S.
DEPARTMENT OF HOUSING & URBAN DEVELOPMENT**

Kindly docket the attached copy of the August 13, 2003 letter from Malinda Roberts,

Director of the Office of Public Housing for the Philadelphia Office of the U.S. Department of

Housing & Urban Development, addressed to Carl Greene, Executive Director of the

Philadelphia Housing Authority, approving all of the lease and grievance procedures in the above

matter.

                                           _/s/ Michael Donahue  9/18/03_
                                           Michael Donahue, Esquire
                                           Community Legal Services, Inc.
                                           1424 Chestnut Street
                                           Philadelphia, PA 19102
                                           215-981-3769
                                           Counsel for Plaintiffs

AUG 12 2003 23:51 FR HUD PHILA OFFICE   215 656 3427 TO 912150037812   P.02



**AUG 13 2003**

U.S. Department of Housing and Urban Development

Philadelphia Office
The Wanamaker Building
100 Penn Square East
Philadelphia, Pennsylvania 19107-3380

Mr. Carl R. Greene
Executive Director
Philadelphia Housing Authority
12 S. 23rd Street
Philadelphia, PA 19103

Dear Mr. Greene:

    This is in response to the Authority's letter dated July 9, 2003, which transmitted the lease and grievance procedures for The Courtyard Apartments at Riverview. These documents are part of a settlement in the Elizabeth Galloway, et al. v. Southwark Plaza Limited Partnership litigation. In accordance with the conditions of the proposed settlement, HUD's Office of Regional Counsel has approved the proposed settlement on the condition that the Office of Public Housing approve the lease and grievance procedures. We have completed our review of the lease and grievance procedures.

    Based upon our review of the documents, we have some concerns regarding Section 7 (B) (2) – Redetermination of Eligibility, Rent or Dwelling Size. Specifically, the lease is proposing that "all costs associated with transfers be the responsibility of the transferring tenant family", regardless of whether the landlord initiates the transfer. Section 7 (D) states: "The Tenant understands that if the unit in which they are residing is an accessible unit and no member of the Tenant's household requires the accessible features of the unit, the Landlord may require the family to move to another unit when another resident or applicant request a unit with the accessible features of the unit. Failure of Tenant to move without a valid reason is a violation of the terms of the Lease and may be grounds for termination of tenancy."

    In light of these circumstances, we recommend that the lease and/or lease addendum include provisions to assure that tenants are not burdened with relocation expenses, which may include re-connection fees and moving costs, related to the above-mentioned circumstances. The lease and grievance procedures are acceptable.

    If you have any questions concerning this matter, please contact Monica A. Hawkins, Senior Public Housing Revitalization Specialist at (215) 656-0584, ext-3319. Our TTY number for the hearing impaired is (215) 656-3450.

Sincerely,

Malinda Roberts
Director
Office of Public Housing

** TOTAL PAGE.02 **

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH GALLOWAY, et al.<br>　　Plaintiffs<br>　　　v.<br>SOUTHWARK PLAZA LIMITED<br>PARTNERSHIP, et al.<br>　　Defendants | :<br>:<br>:　C.A. #01-0835<br>:<br>:<br>: |

## CERTIFICATION OF SERVICE

It is hereby certified by Michael Donahue, Esquire, counsel for the plaintiffs in the above matter, that he served a copy of the foregoing praecipe to enter of record the August 13, 2003 letter from Malinda Roberts, Director of the Office of Public Housing for the Philadelphia Office of the U.S. Department of Housing & Urban Development, addressed to Carl Greene, Executive Director of the Philadelphia Housing Authority, approving all of the lease and grievance procedures in the above matter upon the following parties, by letter dated September 18, 2003, mailed by first class mail, postage prepaid to the following addresses:

Denis J. Lawler, Esquire
Blank Rome, LLP
One Logan Square
Philadelphia, PA 19103
Counsel for PHA Defendants

Jeffrey A. Lutsky, Esquire
Stradley Ronon, LLP
2600 One Commerce Square
Philadelphia, PA 19103
Counsel for Southwark Defendants

　　　　　　　　　　　　　　　　　　_/s/ Michael Donahue_____
　　　　　　　　　　　　　　　　　　Michael Donahue, Esquire
　　　　　　　　　　　　　　　　　　Community Legal Services, Inc.
　　　　　　　　　　　　　　　　　　1424 Chestnut Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　215-981-3769
　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs